**In the Interest of A.M.J. and T.B.J., Minors.**

**JUVENILE OFFICER, Respondent,**

v.

**D.J., Appellant.**

**No. WD 45226.**

Missouri Court of Appeals, Western District.

June 30, 1992.

Gary William Smith, Sedalia, for appellant.

Anne C. Gardner, Gardner, Gardner & Gardner, Sedalia, guardian ad litem.

Steven A. Fritz, Sedalia, respondent Juvenile Officer.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

ORDER

PER CURIAM.

Appeal from a judgment terminating the parental rights of the natural mother in relation to her two daughters. Ms. J. argues on appeal that there was insufficient evidence to support the termination of her parental rights.

Judgment affirmed. Rule 84.16(b).